Courtney Miller O'Mara, Esq. (SBN 10863)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200; Fax: (775) 786-1177
comara@fennemorelaw.com

*Attorneys for Defendant Wei Wu*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YAN YAO JIANG and WEI WU,<br><br>　　　　Defendants. | No. 3:21-cv-00458-ART-CLB<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Kelly Peters, Esq. is no longer associated with the firm of Fennemore Craig, P.C. and accordingly is disassociated as counsel for Defendant Wei Wu. All notices and filings should continue to be served on undersigned counsel, Courtney Miller O'Mara, Esq., who remains counsel-of-record for Ms. Wu.

Dated: August 22, 2022.　　　　**FENNEMORE CRAIG, P.C.**

　　　　　　　　　　　　　　　　By: */s/ Courtney Miller O'Mara*
　　　　　　　　　　　　　　　　Courtney Miller O'Mara, Esq. (SBN 10683)
　　　　　　　　　　　　　　　　7800 Rancharrah Parkway
　　　　　　　　　　　　　　　　Reno, Nevada 89511
　　　　　　　　　　　　　　　　Tel: (775) 788-2200; Fax: (775) 786-1177
　　　　　　　　　　　　　　　　comara@fennemorelaw.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant Wei Wu*

**IT IS SO ORDERED.**

Dated: August 23, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

27976076/057310.0001