UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>    Defendant. | Case No.  3:22-CV-00560-LRH-CLB<br><br>REASSIGNMENT ORDER |
| FEI FEI FAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>YAN YAO JIANG and WEI WU,<br><br>    Defendants. | Case No.  3:21-CV-00458-ART-CLB<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:22-CV-00560-LRH-CLB is reassigned to District Judge Anne R. Traum and Magistrate Judge Carla L. Baldwin.

1

Case 3:21-cv-00458-ART-CLB   Document 53   Filed 01/25/23   Page 2 of 2

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this 24 day of January, 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 25 day of January, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2