Courtney Miller O'Mara, Esq.
Nevada State Bar No. 10683
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV  89511
Tel: (775) 788-2205; Fax: (775) 788-2206
comara@fennemorelaw.com
-and0
Enrique Schaerer, Esq.
Nevada State Bar No. 11706
FENNEMORE CRAIG, P.C.
9275 W. Russell Road | Suite 240
Las Vegas, NV  89148
Tel: (702) 692-8013; Fax: (702) 692-8099
eschaerer@fennemorelaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>Plaintiff,<br><br>v.<br><br>YAN YAO JIANG and WEI WU,<br><br>Defendants. | No. 3:21-cv-00458-RCJ-CSD<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING** |

Plaintiff, FEI FEI FAN ("Plaintiff") and Defendants YAN YAO JIANG AND WEI WU (collectively "Defendants"), by and through their respective counsel, hereby stipulate and agree to the following:

1. There is an in-person Motions Hearing set for Monday, March 13, 2023 at 10:00 a.m. in Reno Courtroom 3 before Judge Robert C. Jones pursuant to the Minute Order in Chambers [ECF. 72].  The Court will hear Plaintiff's Motion for Writ of Attachment [ECF 4] and Defendants' Motions to Dismiss [ECF 5 and 7].

2. The parties have agreed to reschedule said hearing with the Court's permission until March 20, 2023 at 10:00 A.M. due to a scheduling conflict.

28882401/057310.0001

3. The parties have further agreed that Enrique Schaerer, Esq. of the Fennemore Craig, P.C. Las Vegas, Nevada office may, if necessary, attend the Motions Hearing via telephone or other audio-visual means acceptable to the Court.

Dated this 7th day of March, 2023.                             Dated this 7th day of March, 2023.

**FENNEMORE CRAIG, P.C.**                                     **CANN IP LAW PLLC**

*/s/ Enrique R. Schaerer*                                     */s/* Ryan J. Cann, Esq
Courtney Miller O'Mara, Esq.                                  Ryan J. Cann, Esq.
Nevada State Bar No. 10683                                    Nevada State Bar No. _____
7800 Rancharrah Parkway                                       1 East Liberty Street, Suite 600
Reno, NV  89511                                               Reno, Nevada 89501
comara@fennemorelaw.com                                       Tel: (775) 234-3796
-and0                                                         info@canniplaw.com
Enrique Schaerer, Esq.                                        *Attorneys for Plaintiffs*
Nevada State Bar No. 11706
9275 W. Russell Road | Suite 240
Las Vegas, NV  89148
eschaerer@fennemorelaw.com
*Attorneys for Defendants*

### ORDER

BASED ON THE STIPULATION HEREIN AND GOOD CAUSE APPEARING HERETO, IT IS HEREBY ORDERED that the in-person Motions Hearing set for 3/13/2023 at 10:00 a.m. is rescheduled to Monday, April 17, 2023, at 10:30 a.m. in Reno Courtroom 3 before Judge Robert C. Jones.

Dated this 8th day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

**FENNEMORE CRAIG, P.C.**

*/s/ Enrique Schaerer*
Courtney Miller O'Mara, Esq. (SBN 10683)
Enrique Schaerer, Esq. (SBN 11706)
*Attorneys for Defendants*

28882401/057310.0001