# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>YAN YAO JIANG, *et al.*,<br><br>                    Defendant. | 3:21-cv-00458-RCJ-CSD<br><br>**ORDER**<br><br>Re: ECF No. 77 |

Before the court is Defendants' Motion to Shorten Time for Ruling on Motion to Serve Deposition Subpoena on Third-Party Witness Zhi Zeng by Alternative Means (ECF No. 77).

**IT IS HEREBY ORDERED** that Defendants' Motion to Shorten Time for Ruling on Motion to Serve Deposition Subpoena on Third-Party Witness Zhi Zeng by Alternative Means (ECF No. 77) is **GRANTED** to the extent that Plaintiff shall file a response to Defendants' Motion to Serve Deposition Subpoena on Third-Party Witness Zhi Zeng by Alternative Means (ECF No. 76) by close of business on **Friday, March 24, 2023**.

DATED: March 20, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1