UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEI FEI FAN,

    Plaintiff

v.

YAN YAO JIANG and WEI WU,

    Defendants

Case No.: 3:21-cv-00458-RCJ-CSD

**Order**

    Pending before the court is Defendants' renewed motion for sanctions against Plaintiff. (ECF No. 89.) Part of the motion relates to Defendants' claim that Plaintiff intentionally deleted WeChat messages and text messages with defendant Jiang when Plaintiff knew or should have known they were relevant to anticipated litigation. As a result, Defendants seek the imposition of sanctions against Plaintiff, including termination of this action, an adverse inference instruction, and an award of costs and fees incurred in bringing the motions related to the spoliated evidence.

    A prerequisite to the imposition of sanctions under Rule 37(e) is that the information "cannot be restored or replaced through additional discovery." Fed. R. Civ. P. 37(e). The Advisory Committee notes that "[b]ecause electronically stored information often exists in multiple locations, loss from one source may often be harmless when substitute information can be held elsewhere." Fed. R. Civ. P. 37 Advisory Committee Notes to the 2015 Amendment. The initial focus of the court's analysis, therefore, is on whether the lost information can be restored or replaced, and if it can, "no further measures should be taken." *Id*.

    In her declaration filed in support of her response to Defendants' renewed motion for sanctions, Plaintiff states that Jiang represented in an earlier state court proceeding that he

maintained his messages with Plaintiff. Neither Defendants' motion nor their reply addresses this statement and whether *Defendants* retained records of the WeChat and text messages with Plaintiff during the relevant time period. The court asked defense counsel at the hearing whether there was an adequate replacement for the spoliated messages, but defense counsel's response focused on the forensic examination of Plaintiff's devices and did not address whether *Defendants* have maintained the messages.

On or before **12:00 p.m. on July 21, 2023**, Defendants shall file a declaration with the court addressing whether they have maintained the WeChat and/or text messages with Plaintiff.

**IT IS SO ORDERED**.

Dated: July 18, 2023

_____
Craig S. Denney
United States Magistrate Judge