# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>YANYAO JIANG, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00458-MMD-CSD<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**<br><br>Re: ECF No. 166 |

Plaintiff's Motion for Permission to File Electronically (ECF No. 166) is **GRANTED**. In order for Plaintiff to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

DATED: March 18, 2025.

_____
Craig S. Denney
United States Magistrate Judge