UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN, <br><br> Plaintiff <br><br> v. <br><br> YAN YAO JIANG and WEI WU, <br><br> Defendants | Case No.: 3:21-cv-00458-MMD-CSD <br><br> **Order** <br><br> Re: ECF Nos. 172, 180 |

On April 21, 2025, Defendant Yan Yao Jiang filed a notice of non-opposition to his previously filed motion for judgment, (ECF No. 165). (ECF No. 180.) Defendant argues that because Plaintiff failed to respond, the court should grant the motion for judgment. (*Id.*) Defendant notes that although Plaintiff filed a motion for extension of time to respond by April 14, 2025, (ECF No. 172), she did not file any response by that date. Given Plaintiff's status as a *pro se* litigant, the court will grant her request for an extension of time to file a response to Defendant's motion for judgment. The response is now due on or before **Friday, April 25, 2025**. If Plaintiff does not respond, the court will consider Defendant's motion to be unopposed.

**IT IS SO ORDERED**.

Dated: April 22, 2025

_____
Craig S. Denney
United States Magistrate Judge