**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEI FEI FAN, | Case No. 3:21-cv-00458-MMD-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF Nos. 143, 147, 155, 162 |
| YANYAO JIANG, et al., | |
| Defendants. | |

Plaintiff has filed a number of motions, and they are fully briefed. The court addresses and rules on each of Plaintiff's motions below.

**Plaintiff's Motion to Clarify Sanctions and to Allocate Responsibility to Former Counsel (ECF No. 143):**

Plaintiff filed a "motion to clarify sanctions and to allocate responsibility to former counsel."[1] (ECF No. 143). Defendant filed a response (ECF No. 149) and Plaintiff replied (ECF No. 150).

District Judge Robert Jones granted Wu's motion to dismiss on September 9, 2023, and sanctioned Plaintiff and her counsel for bringing "frivolous claims" against Defendant Wu[2] (ECF No. 108). Judge Jones also found that the lawsuit was an "abuse of judicial process. (*Id*. at 6). On March 20, 2024, Judge Jones granted Defendant Wu's motion for attorney's fees and costs in the amount of $84,462.21 against Plaintiff and her counsel (ECF No. 122). Plaintiff did not appeal or

---

[1] Plaintiff's former counsel is attorney Ryan McCann.

[2] Former Defendant Wu is the spouse of Defendant Jiang.

request reconsideration of the order granting fees and costs, and the deadline to do so has long since passed. In her motion, Plaintiff essentially blames her former counsel for the sanctions. The court declines to get involved with any dispute between Plaintiff and her former counsel over the joint obligation to pay sanctions that were awarded against both of them more than one year ago. Plaintiff's motion (ECF No. 143) is **DENIED**.

**Plaintiff's Motion to Sanction Former Counsel, Compel Case File Production and Correct Direct Former Counsel to File Under Own Name (ECF Nos. 147, 155):**

Plaintiff filed a motion to sanction her former counsel and compel case file production (ECF No. 147). Attorney Ryan McCann filed a response (ECF No. 150), and Plaintiff replied (ECF No. 157). Plaintiff then filed a motion to correct docket entry 150 and direct her former counsel to file under his own name (ECF No. 155). Attorney McCann then filed a response under his name (ECF No. 171).

Her former counsel reports that he turned over the contents of Plaintiff's case file on February 21, 2025. (*Id*. at 4). The court declines to get involved with any dispute between Plaintiff and her former counsel. Counsel has an ethical obligation to provide the case file to his former client, and he represents to the court that he has done so. Any dispute between Plaintiff and her former counsel over this issue should be raised with the State Bar for Nevada, not with this court. This court no longer has jurisdiction over attorney McCann since the court previously granted Plaintiff's motion to withdraw[3] (ECF No. 142). Accordingly, Plaintiff's motion (ECF 147) is **DENIED**. Plaintiff's motion (ECF No. 155) is also **DENIED** as moot.

/ / /

/ / /

---

[3] Plaintiff also filed a motion to compel attorney McCann's withdrawal as her counsel (ECF No. 127) which was denied as moot because the court granted the motion to withdraw (ECF No. 142).

**Plaintiff's Motion to Strike (ECF No. 162):**

Plaintiff also filed a "motion to strike ECF No. 160 as improper and misleading." (ECF No. 162). This motion appears to challenge her former counsel's duplicate response that was filed as a result of her motion to clarify sanctions (ECF No. 143). Counsel had refiled his response (in his own name) in ECF No. 160. It is apparent to the court that Plaintiff has filed multiple motions with the court that pertain to her dispute with former counsel's representation. As stated above, the court declines to get involved with Plaintiff's dispute with her former counsel. Plaintiff's motion (ECF No. 162) is **DENIED**.

The court cautions Plaintiff in filing any future motions regarding her former counsel which are simply not relevant to the pending litigation with Defendant Jiang.

**IT IS SO ORDERED.**

DATED: May 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge