# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>         Plaintiff,<br><br>    v.<br><br>YANYAO JIANG, et al.,<br><br>         Defendants. | Case No. 3:21-cv-00458-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 193 |

Before the court is Defendant's Motion to Hold Remaining Depositions by Remote Means. (ECF No. 193.)

Plaintiff shall file a response to Defendant's motion (ECF No. 193) on or before close of business on **Tuesday, May 20, 2025.**

**IT IS SO ORDERED.**

DATED: May 13, 2025.

_____
Craig S. Denney
United States Magistrate Judge