# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>YAN YAO JIANG, *et al.*,<br><br>                    Defendant. | 3:21-cv-00458-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 202, 203, 208, 209, 210, 211, 212 |

Before the court are Plaintiff's Motions to Issue Subpoenas. (ECF Nos. 202, 203, 208, 209, 210, 211, 212.)

Plaintiff's Motions to Issue Subpoenas (ECF Nos. 202, 203, 208, 209, 210, 211, 212) are **GRANTED** to the extent that the Clerk of Court shall issue the proposed Subpoenas attached to Plaintiff's Motions (ECF Nos. 202-1, 203-1, 208-1, 209-1, 210-1, 211-1, 212-1). Plaintiff is advised that all costs and attendant witness fees associated with the service of the subpoenas are to be borne by Plaintiff.

**IT IS SO ORDERED.**

DATED: May 28, 2025.

_____
Craig S. Denney
United States Magistrate Judge