**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEI FEI FAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>YAN YAO JIANG, *et al.*,<br><br>　　　　　　　　　　　Defendant. | 3:21-cv-00458-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF Nos. 218, 219, 220 |

Before the court are Plaintiff's Motions to Issue Subpoenas. (ECF Nos. 218, 219, 220.)

Plaintiff's Motions to Issue Subpoenas (ECF Nos. 218, 219, 220) are **GRANTED** to the extent that the Clerk of Court shall issue the proposed Subpoenas attached to Plaintiff's Motions (ECF Nos. 218-1, 219-1, 220-1). Plaintiff is advised that all costs and attendant witness fees associated with the service of the subpoenas are to be borne by Plaintiff.

**IT IS SO ORDERED.**

DATED: May 29, 2025.

_____
Craig S. Denney
United States Magistrate Judge