UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEI FEI FAN,<br><br>    Plaintiff<br><br>v.<br><br>YAN YAO JIANG and WEI WU,<br><br>    Defendants | Case No.: 3:21-cv-00458-MMD-CSD<br><br>**Order**<br><br>Re: ECF Nos. 235, 245 |

On July 16, 2025, defendant Yan Yao Jiang filed a motion to revoke Plaintiff's in forma pauperis (IFP) status. (ECF No. 235.) On August 2, 2025, Plaintiff moved to voluntarily withdraw her IFP status. (ECF No. 245.) Accordingly, Plaintiff's motion to withdraw (ECF No. 245) is GRANTED, and Plaintiff will be required to pay all applicable fees and costs. In light of Plaintiff's voluntarily withdrawal of her IFP status, Defendant Jiang's motion to revoke Plaintiff's IFP status (ECF No. 235) is DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: August 7, 2025

_____
Craig S. Denney
United States Magistrate Judge