Courtney Miller O'Mara, Esq. (SBN 10683)
MaryJo Smart Pinocchio, Esq. (SBN 16139)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Phone: (775) 788-2205
Fax:    (775) 788-2206

Enrique Schaerer, Esq. (SBN 11706)
FENNEMORE CRAIG, P.C.
9275 W Russell Road | Suite 240
Las Vegas, NV 89148
Phone: (702) 692-8013
Fax:    (702) 692-8099

*Attorneys for Defendant Yanyao Jiang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEIFEI FAN,<br><br>        Plaintiff,<br><br>vs.<br><br>YANYAO JIANG and WEI WU,<br><br>        Defendants. | Case No.: 3:21-cv-00458-MMD-CSD<br><br>**NOTICE OF DISSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kendall M. Lovell is no longer associated with the law firm of FENNEMORE CRAIG, P.C. for Defendant, Yanyao Jiang ("Defendant"), effective July 28, 2026.

Courtney Miller O'Mara, MaryJo Smart Pinocchio and Enrique Schaerer will continue to handle and proceed with the case for Defendant. Defendant requests that all documents and pleadings filed herein continue to be served as follows:

Courtney Miller O'Mara, Esq
MaryJo Smart Pinocchio, Esq.
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Phone: (775) 788-2205; Fax: (775) 788-2206
comara@fennemorelaw.com
msmart@fennemorelaw.com

1

65484353.1

Enrique Schaerer, Esq.
FENNEMORE CRAIG, P.C.
9275 W Russell Road | Suite 240
Las Vegas, NV  89148
Phone: (702) 692-8013; Fax:  (702) 692-8099
eschaerer@fennemorelaw.com

DATED:  July 27, 2026

**FENNEMORE CRAIG, P.C.**

*/s/ Kendall M. Lovell*

Courtney Miller O'Mara, Esq.
Enrique Schaerer, Esq.
MaryJo Smart Pinocchio, Esq.
Kendall M. Lovell, Esq.

*Attorneys for Defendant Yanyao Jiang*

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511

2

65484353.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify I am an employee of Fennemore Craig, P.C., and that on July 27, 2026, I served, or caused to be served, a true and correct copy of the foregoing **NOTICE OF DISSOCIATION OF COUNSEL** using the CM/ECF system, which will send notification of such filing to the following and all attorneys of record:

Plaintiff Fei Fei Fan
100 Avenue G Apt. 568G
Bayonne, NJ 07002-7275

*Pro se litigant*

__/s/ Morgan A. Suarez__
An employee of Fennemore Craig, P.C.

FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511

3

65484353.1