Fei Fei Fan
100 Avenue G, Apt. 568G
Bayonne, NJ 07002
(404) 432-4868
litmus9@msn.com
feifei.fan@hotmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEI FEI FAN,<br>Plaintiff,<br>v.<br>YAN YAO JIANG,<br>Defendant. | Case No.: 3:21-cv-00458-MMD-CSD<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>**(First Request)** |

Plaintiff Fei Fei Fan, appearing pro se, and Defendant Yan Yao Jiang, by and through undersigned counsel, stipulate and respectfully request, pursuant to Local Rules IA 6-1 and 26-3, that the Court extend the deadline to file the Proposed Joint Pretrial Order from July 31, 2026, to August 14, 2026. This is the first request to extend this deadline.

Good cause supports the requested extension:

1. On July 1, 2026, Plaintiff initiated the pretrial-order process and proposed a meet and confer during July 2–7, 2026. Defense counsel proposed July 15, 2026. Plaintiff agreed, and the parties met and conferred on July 15, 2026.
2. On July 20, 2026, Plaintiff circulated a Microsoft Word draft of the Proposed Joint Pretrial Order. The parties thereafter exchanged additional proposed language and proposed trial dates.
3. Additional time is needed to complete the exchange and integration of the parties' respective positions, which each party has been working on independently, and prepare a consolidated draft that accurately identifies the parties' agreements and remaining disputed matters.
4. The requested fourteen-day extension will permit the parties to complete that process, meet and confer further, and submit a complete and accurate Proposed Joint Pretrial Order. No trial date has been set, and the extension will not affect any scheduled proceeding. The

parties will continue working toward completion of the Proposed Joint Pretrial Order while this request is pending.

The requested extension is sought in good faith and not for purposes of delay. Nothing in this scheduling-only stipulation constitutes an admission, waiver, or agreement concerning any disputed factual, legal, evidentiary, or pretrial-order issue.

Accordingly, the parties respectfully request that the deadline to file the Proposed Joint Pretrial Order be extended from July 31, 2026, to August 14, 2026.

DATED this 28th day of July, 2026.

Respectfully submitted,

Signed by:

By: Fei Fei Fan

B412CC65626E4D6...

FEI FEI FAN
Plaintiff, Pro Se

FENNEMORE CRAIG, P.C.

DocuSigned by:

By: Courtney Miller O'Mara

856F675265C94E7...

Courtney Miller O'Mara, Esq. (SBN 10683)
Enrique Schaerer, Esq. (SBN 11706)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Phone: (775) 788-2205
Fax: (775) 788-2206
Email: comara@fennemorelaw.com
eschaerer@fennemorelaw.com
Attorneys for Defendant Yan Yao Jiang

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 29, 2026