Fei Fei Fan
100 Avenue G, Apt. 568G
Bayonne, NJ 07002
(404) 432-4868
litmus9@msn.com
feifei.fan@hotmail.com
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEI FEI FAN, Plaintiff,<br>v.<br>YAN YAO JIANG, Defendant. | Case No.: 3:21-cv-00458-MMD-CSD<br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>**(Second Request)** |

Plaintiff Fei Fei Fan, appearing pro se, and Defendant Yan Yao Jiang, by and through undersigned counsel, stipulate and respectfully request, pursuant to Local Rules IA 6-1 and 26-3, that the Court extend the deadline to file the Proposed Joint Pretrial Order from August 14, 2026, to August 28, 2026. This is the second request to extend this deadline.

Good cause supports the requested extension:

1. The Court granted the parties' First Request on July 29, 2026, extending the deadline to file the Proposed Joint Pretrial Order from July 31, 2026, to August 14, 2026. ECF Nos. 276–277.
2. On July 28, after the parties executed the First Request, Plaintiff circulated a revised working draft; on July 29, Defendant provided an excerpt addressing proposed issues of law and exhibits.
3. Plaintiff circulated a Second Revised Integrated Working Draft on August 9 incorporating the Defendant-attributed material provided on July 29.
4. On August 10, Defendant advised that it was harmonizing Plaintiff's August 9 draft with its updated draft and requested that Plaintiff await that draft before circulating any further version.
5. On August 12, Defendant advised that its updated draft remained in progress.
6. The requested extension through August 28, 2026, will allow sufficient time to circulate

and review the updated draft, complete any resulting objections, and finalize the Proposed Joint Pretrial Order for signature and filing.

The requested extension is sought in good faith and not for purposes of delay. Nothing in this scheduling-only stipulation constitutes an admission, waiver, or agreement concerning any disputed factual, legal, evidentiary, or pretrial-order issue.

Accordingly, the parties respectfully request that the deadline to file the Proposed Joint Pretrial Order be extended from August 14, 2026, to August 28, 2026.

DATED this 13th day of August, 2026.

Respectfully submitted,

By: Fei Fei Fan
FEI FEI FAN
Plaintiff, Pro Se

FENNEMORE CRAIG, P.C. 8/13/2026

By: Courtney M. O'Mara
Courtney Miller O'Mara, Esq. (SBN 10683)
Enrique Schaerer, Esq. (SBN 11706)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Phone: (775) 788-2205
Fax: (775) 788-2206
Email: comara@fennemorelaw.com
eschaerer@fennemorelaw.com
Attorneys for Defendant Yan Yao Jiang

IT IS SO ORDERED:

Miranda M. Du, U.S. District Judge

DATED: August 14, 2026