Courtney Miller O'Mara, Esq.
Nevada State Bar No. 10683
MaryJo E. Smart Pinocchio, Esq.
Nevada State Bar No. 16139
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Phone: (775) 788-2205
Fax: (775) 788-2206

Enrique Schaerer, Esq.
Nevada State Bar No. 11706
FENNEMORE CRAIG, P.C.
9275 W Russell Road | Suite 240
Las Vegas, NV 89148
Phone: (702) 692-8013
Fax: (702) 692-8099
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEI FEI FAN,<br><br>Plaintiff,<br><br>v.<br><br>YAN YAO JIANG and WEI WU,<br><br>Defendants. | Case No. 3:21-cv-00458-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>(Fourth Request) |

Plaintiff FEI FEI FAN ("Plaintiff"), as a pro se litigant, and Defendant YAN YAO JIANG ("Defendant"), by and through his undersigned counsel, hereby stipulate and respectfully request, pursuant to Local Rules IA 6-1 and 26-3, that the Court extend the deadline to file the Proposed Joint Pretrial Order from September 11, 2026 to September 28, 2026. This is the fourth request to extend this deadline. The Court previously extended the deadline from July 31 to August 14, 2026 (ECF Nos. 276–277), from August 14 to August 28, 2026 (ECF Nos. 278–279), and from August 28, 2026 to September 11, 2026 (ECF Nos. 284-285). Good cause supports the requested extension.

1. Since the Court's last extension, the parties have continued working toward completion of the Proposed Joint Pretrial Order. The parties met and conferred via telephone



FENNEMORE.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
702-692-8000

conference on September 9, 2026.

2. Additional time is needed to complete the exchange and integration of the parties' respective positions and prepare the final joint pretrial order.

3. The requested additional extension will permit the parties to complete that process, meet and confer further if necessary, and submit a complete and accurate joint pretrial order. No trial date has been set, and the extension will not affect any scheduled proceeding.

The requested extension is sought in good faith and not for purposes of delay. Nothing in this stipulation constitutes an admission, waiver, or agreement concerning any disputed factual, legal, evidentiary, or pre-trial order issue.

Accordingly, the parties respectfully request that the deadline to file the Proposed Joint Pretrial Order be extended from September 11, 2026 to September 28, 2026.

Dated this 10th day of September, 2026.

**FENNEMORE CRAIG, P.C.**

Courtney M. O'Mara

Courtney Miller O'Mara (SBN 10683)
MaryJo E. Smart Pinocchio (SBN 16139)
7800 Rancharrah Parkway
Reno, NV 89511

Enrique Schaerer (SBN 11706)
9275 W. Russell Road | Suite 240
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 10th day of September, 2026.

**FEI FEI FAN**

Fei Fei Fan.

FEI FEI FAN,
Plaintiff, Pro se

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: September 11, 2026



FENNEMORE.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
702-692-8000